UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOURDES T. ARCHBOLD-GARRETT** | * | CIVIL ACTION |
| **WIFE OF/AND DAVID L. GARRETT** | * | |
| | * | Case No. : 2:16-CV-15857 |
| **PLAINTIFFS** | * | |
| | * | SECTION: C |
| **VERSUS** | * | |
| | * | MAGISTRATE: 1 |
| **CITY OF NEW ORLEANS AND** | * | |
| **METRO/DURR GROUP** | * | |
| **DEFENDANTS** | * | |
| | * | |
| * * * * * * * * | | |

## THE CITY OF NEW ORLEANS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

Defendant, the City of New Orleans ("City"), respectfully submits that Plaintiffs' complaint should be dismissed because this Honorable Court lacks subject matter jurisdiction. Plaintiffs failed seek just compensation in state court and therefore Plaintiffs' takings, procedural due process, and Fourth, Fifth and Fourteenth Amendment claims are unripe for review. Accordingly, the City respectfully submits that Plaintiffs' claims should be dismissed. respectfully submits that Plaintiff's claims should be dismissed.

**WHEREFORE**, Defendants herein respectfully prays that the Plaintiff's complaint be dismissed pursuant to F.R.C.P. 12(b)(1) for lack of jurisdiction.

Respectfully Submitted:

/s/ Stephanie C. Dovalina
**STEPHANIE C. DOVALINA (LSB# 31137)**
ASSISTANT CITY ATTORNEY
**JOYCE G. JOSEPH (LSB# 16936)**,

DEPUTY CITY ATTORNEY
**REBECCA H. DIETZ (LSB# 28842),**
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9920
Facsimile: 504-658-9868
scdovalina@nola.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/EMF system, which will send a notice of electronic filing to all counsel of record.

    /s/Stephanie C. Dovalina
**Stephanie Dovalina**