```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
```

**LOURDES T. ARCHBOLD-GARRETT, ET AL**                    **CIVIL ACTION**

**VERSUS**                                                **NO. 16-15857**

**CITY OF NEW ORLEANS, ET AL**                            **SECTION "B"(1)**

<u>**JUDGMENT**</u>

Considering the prior Order and Reasons granting Defendants Motion to Dismiss (Rec. Doc. 20) and additionally for Plaintiff's failure to respond to this Court's Order to Show Cause (Rec. Doc. 21) as to why Defendant Metro Durr Group should not be dismissed for failure to prosecute,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants City of New Orleans and Metro Durr Group against Plaintiffs Lourdes T. Archbold-Garrett and David L. Garrett, dismissing all claims.

New Orleans, Louisiana, this 4th day of August, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE