## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | **CASE NO. 2:16-cv-15857** |
| **LOURDES T. ARCHBOLD-GARRETT** | * | |
| **WIFE OF/AND DAVID L. GARRETT** | * | **JUDGE ASHE** |
| | * | **(Sect. M)** |
| **VERSUS** | * | |
| | * | **MAGISTRATE MEERVELD** |
| **THE CITY OF NEW ORLEANS, *ET AL.*** | * | **(Div. 3)** |
| * * * * * * * * * * * * * * * * * * | * | |

## ANSWER TO PLAINTIFF'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the City of New Orleans, and in answer to Petitioner's Complaint respectfully represents:

1.

The allegations set forth in Paragraph 1 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

2.

The allegations set forth in Paragraph 2 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

3.

The allegations set forth in Paragraph 3 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

4.

The allegations set forth in Paragraph 4 of Plaintiff's Complaint are denied except to admit that the City of New Orleans is a political subdivision of the state of Louisiana and is made defendant herein.

5.

The allegations set forth in Paragraph 5 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations set forth in Paragraph 6 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations set forth in Paragraph 7 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

8.

The allegations set forth in Paragraph 8 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations set forth in Paragraph 9 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations set forth in Paragraph 10 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

11.

The allegations set forth in Paragraph 11 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

12.

The allegations set forth in Paragraph 12 of Plaintiff's Complaint are denied for lack of

sufficient information to justify a belief therein.

13.

The allegations set forth in Paragraph 13 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations set forth in Paragraph 14 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations set forth in Paragraph 15 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

16.

The allegations set forth in Paragraph 16 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations set forth in Prayer paragraph of Plaintiff's Complaint are denied.

Respectfully submitted,

*/s/ Corwin St. Raymond*_____
**CORWIN ST. RAYMOND, LSB#31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB# 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
SENIOR CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB#28633**
CITY ATTORNEY
1300 Perdido Street, Ste. 5E03
New Orleans, Louisiana 70112
Telephone: 504-658-9920
Facsimile: 504-658-9868